firmed without costs. Memorandum: The evidence is sufficient to support Family Court's determination that respondents violated the terms of the order of protection by inflicting excessive corporal punishment on their son Lucas (*see*, Family Ct Act § 1072). The conflicting testimony at the hearing presented an issue of credibility for the court to resolve, and we find no reason to disturb the court's determination (*see, Matter of Carine T.*, 183 AD2d 902, 902-903, *lv denied* 80 NY2d 757). (Appeal from Order of Onondaga County Family Court, Paris, J.—Order of Protection.) Present—Green, J. P., Lawton, Wesley, Callahan and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD N. POWLESS, Appellant. [648 NYS2d 377] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Oswego County Court, Brandt, J.—Felony Driving While Intoxicated.) Present—Pine, J. P., Fallon, Wesley, Davis and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL A. BRUSIE, Appellant. (Appeal No. 1.) [648 NYS2d 378] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—Attempted Robbery, 1st Degree.) Present—Pine, J. P., Fallon, Wesley, Davis and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL A. BRUSIE, Appellant. (Appeal No. 2.) [648 NYS2d 378] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—Attempted Robbery, 1st Degree.) Present—Pine, J. P., Fallon, Wesley, Davis and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK BATSFORD, Appellant. [648 NYS2d 378] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Jefferson County Court, Clary, J.—Attempted Burglary, 2nd Degree.) Present—Pine, J. P., Fallon, Wesley, Davis and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JEFFREY CHILDS, Appellant, v FLOYD G. BENNETT, as Superintendent of Cape Vincent Correctional Facility, et al., Respondents. [647 NYS2d 645] —Judgment unanimously affirmed without costs.